United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 15, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 02-20530

_____

KATHERINE S. YOUNGBLOOD,
Individually and on behalf of
Youngblood and Associates, PLLC,
formerly known as Youngblood & White PLLC,

Plaintiff-Appellant,

versus

THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA; ET AL

Defendants,

THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA,

Defendant-Appellee.

_____

Appeal from the United States District Court
For the Southern District of Texas
H-98-CV-1794

_____

Before GARWOOD, JOLLY, and HIGGINBOTHAM, Circuit Judges.

PER CURIAM:[*]

We are persuaded that both subject matter jurisdiction in this

case and the appropriateness of the district court order imposing

_____

[*] Pursuant to 5th Cir. R. 47.5, the court has determined that this
opinion should not be published and is not precedent except under the limited
circumstances set forth in 5th Cir. R. 47.5.4.

sanctions, including the amounts awarded, have been previously upheld in a previous appeal. We will not revisit those decisions. We are also persuaded that the awarded sanctions are enforceable as a money judgment under Rule 69, FED. R. CIV. PROC. Finally, we find no error in the district court order compelling discovery of certain information relating to fees, given its protection of privileged information.

AFFIRMED.